tiorari to the Supreme Court of Missouri denied. *Messrs. Cyrus Crane, Geo. J. Mersereau, John N. Monteith,* and *Horace F. Blackwell, Jr.* for petitioner. *Mr. C. A. Randolph* for respondent.

No. 1028. NETZEL *v.* MICHIGAN. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Odin H. Johnson* for petitioner. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Glenn C. Gillespie* for respondent.

No. 1030. COWAN ET AL., TRUSTEES, *v.* HAMILTON NATIONAL BANK, TRUSTEE. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. M. W. Egerton* and *James L. Clarke, Jr.* for petitioners. *Mr. Frank Montgomery* for respondent.

No. 1034. PEARL ET AL. *v.* COUNTY OF GARFIELD. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. J. A. C. Kennedy* and *Geo. L. De Lacy* for petitioners. *Mr. William F. Manasil* for respondent.

No. 1042. NIMERICK *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur R. Seelig* for petitioner. *Solicitor General Biddle, Assistant Attor-*

*ney General Berge,* and *Messrs. Oscar A. Provost* and *Louis B. Schwartz* for the United States.

No. 1019. CENTRAL NATIONAL BANK, TRUSTEE, *v.* O'BRIEN, EXECUTOR. June 2, 1941. Petition for writ of certiorari to the Court of Appeals, Franklin County, Ohio, denied. *Mr. Orlin F. Goudy* for petitioner. *Messrs. Fred C. Rector* and *Richard T. Rector* for respondent.

No. 1041. THOMAS ET AL. *v.* ROSSETTER ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd C. Whitman* for petitioners. *Mr. Isaac E. Ferguson* for respondents.

No. 1050. VAN AUKEN, ADMINISTRATOR, ET AL. *v.* SECOND NATIONAL BANK & TRUST CO., TRUSTEE, ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Howell Van Auken* and *William Lucking* for petitioners. *Messrs. Frank A. Rockwith* and *George R. Effler* for respondents.

No. 1051. DIAMANTOPOULOS, MINISTER TO THE UNITED STATES FOR THE KINGDOM OF GREECE, *v.* AMERICAN TOBACCO CO. ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carver W. Wolfe* for petitioner. *Messrs. T. Catesby Jones* and *Henry N. Longley* for respondents.